IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RICHARD MICHAEL JONES, )<br>　　　ID #1336902　　　　　　　　　)<br>　　　　　Petitioner,　　　　　　　　　)<br>vs.　　　　　　　　　　　　　　　　　　) <br>　　　　　　　　　　　　　　　　　　　　)<br>NATHANIEL QUARTERMAN, Director, )<br>Texas Department of Criminal　　　　　)<br>Justice, Correctional Institutions Division, )<br>　　　　　Respondent　　　　　　　　　) | No. 3:07-CV-1984-P (BH)<br>ECF<br>Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court hereby **DENIES** plaintiff's petition for habeas corpus.

SO ORDERED this 12th day of June 2009.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE